## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ella Duff,

        Plaintiff,                          Civil No. 08-1640 (RHK/JJK)

vs.                                     **DISQUALIFICATION AND**
                                         **ORDER FOR REASSIGNMENT**

Wyeth, Inc., Wyeth Pharmaceuticals,
Inc., Pfizer, Inc., Pharmacia & Upjohn
Company, LLC,

        Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 6, 2008

                                                         s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                        United States District Judge